AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JEFFREY SHERMAN, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| KINGS YACHT MIAMI, LLC, a Florida Limited Liability Company, et al. | ) | 1:20-cv-24912-DLG |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kings Yacht Miami, LLC
c/o Kutay Satiroglu, Registered Agent
5401 Collins Avenue, No. CU-06
Miami Beach, Florida 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Santiago J. Padilla, Esq.
1395 Brickell Avenue, Suite 800
Miami, Florida 33131
Tel: (305) 824-2400
Fax: (305) 468-6321
Email:  sjp@padillalawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 2, 2020



Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JEFFREY SHERMAN, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| KINGS YACHT MIAMI, LLC, a Florida Limited Liability Company, et al. | ) ) ) ) | 1:20-cv-24912-DLG |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kings Yacht Management, Inc.
c/o Shaban Malik, Registered Agent
3408 W. 84th Street, Suite 106
Hialeah, Florida 33018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Santiago J. Padilla, Esq.
1395 Brickell Avenue, Suite 800
Miami, Florida 33131
Tel: (305) 824-2400
Fax: (305) 468-6321
Email:  sjp@padillalawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Dec 2, 2020



Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| JEFFREY SHERMAN, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) ) ) ) | Civil Action No. |
| KINGS YACHT MIAMI, LLC, a Florida Limited Liability Company, et al. | | 1:20-cv-24912-DLG |
| *Defendant(s)* | ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kutay Satiroglu
5445 Collins Avenue, Suite CU10
Miami Beach, Florida 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Santiago J. Padilla, Esq.
1395 Brickell Avenue, Suite 800
Miami, Florida 33131
Tel: (305) 824-2400
Fax: (305) 468-6321
Email:  sjp@padillalawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Dec 2, 2020

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court