UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 21-20148-CV-GRAHAM/LOUIS

JEFFREY SHERMAN,

    Plaintiff,

vs.

KINGS YACHT MIAMI, LLC, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Plaintiff's Motion for an Order Holding Defendant Kutay Satiroglu in Contempt of Court and for Issuance of Writ of Bodily Attachment. (ECF No. 112).

**THIS MATTER** was referred to the Honorable United States Magistrate Judge Lauren F. Louis for a report and recommendation. (ECF No. 113).

On April 17, 2023, the Court entered default final judgment against Defendants in the amount of $25,000.00 in damages and $1,000.00 in attorneys' fees. (ECF No. 73). Plaintiff represents that to date, $22,000.00 of the judgment remains unsatisfied. (ECF No. 114).

On December 22, 2023, Plaintiff propounded Interrogatories in Aid of Execution on Defendant Kutay Satiroglu. (ECF No. 110). After Mr. Satiroglu's failure to respond, Plaintiff moved to compel discovery and for sanctions. (*Id.*). On April 2, 2024, the Court ordered Mr. Satiroglu to "fully respond to the discovery requests propounded by the Plaintiff on or before April 5, 2024," and to pay Plaintiff attorneys' fees in the amount of $825.00 (ECF No. 111). Plaintiff proffers that to

1

date, Mr. Satiroglu has not responded to the Interrogatories. (ECF No. 112).

On October 8, 2024, the Court set an evidentiary hearing on the Motion for October 29, 2024, and ordered Defendant to appear in-person. (ECF No. 115). The Court convened the evidentiary hearing on October 29, 2024. Mr. Satiroglu did not appear in person as ordered, nor did Mr. Satiroglu file a response to Plaintiff's Motion. (ECF No. 118).

Based on the record evidence, Magistrate Judge Louis found that Mr. Satiroglu was served with the October 8 Order, which ordered him to appear in person on October 29, 2024. Additionally, Magistrate Judge Louis found by clear and convincing evidence that Mr. Satiroglu violated the Court's clear and unambiguous order, has failed to explain his reasons for that violation or any facts that would make compliance impossible, and thus, is in civil contempt of Court.

Specifically, Mr. Satiroglu failed to respond to Plaintiff's Interrogatories in Aid of Execution or pay attorney's fees as ordered by the Court on April 2, 2024. Mr. Satiroglu also failed to appear for the October 29, 2024, evidentiary hearing as ordered by the Court on October 8, 2024.

Magistrate Judge Louis issued a Report (ECF No. 118) recommending that because of Mr. Satiroglu's continued failure to comply with this Court's orders, including appearing as required at the hearing, that Plaintiff's Motion (ECF No. 112), be GRANTED and that the only sanction that is likely to ensure his compliance with the Court's directives is to issue an arrest warrant for Mr. Satiroglu.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that the United States Magistrate Judge's Report (ECF No. 118) is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for an Order Holding Defendant Kutay Satiroglu in Contempt of Court and for Issuance of Writ of Bodily Attachment. (ECF No. 112) is **GRANTED**. The Court will issue, by separate order, an order to show cause directing Mr. Satiroglu to appear before it within 30 days to show cause as to why he has not purged himself of contempt of court. Mr. Satiroglu's failure to attend the show cause hearing or purge himself of contempt by complying with the April 2, 2024 Order to fully respond to the discovery requests propounded by the Plaintiff and to pay Plaintiff attorneys' fees in the amount of $825.00 may result in issuance of a warrant for his arrest on that date.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of February 2025.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Louis
     All Counsel of Record

3